# ARMED SERVICES BOARD OF CONTRACT APPEALS

| | | |
|---|---|---|
| Appeal of -- | ) | |
| | ) | |
| Lattice Government Services, Inc., fka | ) | ASBCA No. 60759 |
|   Ricciardi Technologies, Inc. | ) | |
| | ) | |
| Under Contract Nos. W911SR-04-D-0012 | ) | |
|                  N66001-07-D-0084 | ) | |

APPEARANCE FOR THE APPELLANT:       Douglas L. Patin, Esq.
                                        Bradley Arant Boult Cummings LLP
                                        Washington, DC

APPEARANCES FOR THE GOVERNMENT:     E. Michael Chiaparas, Esq.
                                          DCMA Chief Trial Attorney
                                        Gregory T. Allen, Esq.
                                        Trial Attorney
                                        Defense Contract Management Agency
                                        Chantilly, VA

## ORDER OF DISMISSAL

On 20 September 2017, the parties submitted a joint motion to dismiss this appeal because the dispute has been settled. The parties jointly requested the appeal be dismissed with prejudice.

The appeal is dismissed with prejudice.

Dated: 26 September 2017

                                                        _____
                                                     HEIDI L. OSTERHOUT
                                                     Administrative Judge
                                                     Armed Services Board
                                                     of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 60759, Appeal of Lattice Government Services, Inc., fka Ricciardi Technologies, Inc., rendered in conformance with the Board's Charter.

Dated:

JEFFREY D. GARDIN
Recorder, Armed Services
Board of Contract Appeals